

NUMBER 13-09-00453-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

I CARDIO CORP., A MEDICAL CORPORATION
AND I CARDIO CORPORATION,                                      Appellant,

v.

GUERRA & MOORE, LTD., LLP,                                      Appellee.

**On Appeal from the County Court at Law No. 4
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Vela
Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to set aside the trial court's judgment and remand to the trial court for rendition of judgment. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to

agreement, the parties request this Court to set aside the trial court's judgment without regards to the merits, and remand this case to the trial court for rendition of a judgment in accordance with the agreement of the parties.

The joint motion to set aside the trial court's judgment and remand is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

The parties also ask that mandate issue concurrently with our opinion and judgment. Rule of Appellate Procedure 18.1(c) authorizes the early issuance of mandate on the motion of the parties. Tex. R. App. P. 18.1(c). We GRANT the joint motion.

PER CURIAM

Delivered and filed
the 29th day of December, 2009.

2